B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

In re Martha N Modisette, Case No. 18-51045-KMS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| US Bank Trust National Association as Trustee of | US Bank Trust National Association as Trustee of |
|---|---|
| Tiki Series III Trust | Chalet Series III Trust |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o SN Servicing Corporation
323 5th street
Eureka, CA 95501

Phone: 800-603-0836
Last Four Digits of Acct #: 2976

Court Claim # (if known): 2-1
Amount of Claim: $71532.46
Date Claim Filed: 7/30/2018

Phone: 800-603-0836
Last Four Digits of Acct. #: 2976

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Adam J. Garcia                    Date: 4/3/2019
    Transferee/Transferee's Agent
    /s/ Elizabeth Crowell Price, MSB #103676 4/4/2019
    Attorney for US Bank Trust National Association, as Trustee of the Tiki Series III Trust

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

Southern _____ District Of Mississippi _____

In re Martha N Modisette _____    Case No. 18-51045-KMS _____

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Claim No. 2 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor
U.S. Bank Trust National Association
as Trustee of Chalet Series III Trust

Address of Alleged Transferor:

c/o SN Servicing Corp
323 5th Street
Eureka, CA 95501

Name of Transferee

U.S. Bank Trust National Association as Trustee of TIKI Series III Trust

Address of Transferee:

c/o SN Servicing Corp
323 5th Street
Eureka, CA 95501

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

420

STATE OF MISSISSIPPI
COUNTY OF COVINGTON
I certify that this instrument was filed for record at 9:45 A.M.
on the 4th day of March, 20 19,
at my office in Collins, Mississippi, and was recorded in
Book 760 Page 420
Joseph L. Warren, Chancery Clerk
BY bBalts D.C.

Prepared By and Return To:
Kathleen Collins
Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

Space above for Recorder's use

Loan No:
Svcr Ln No:
GS ID:

1ST

## ASSIGNMENT OF DEED OF TRUST

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF GSMS LOAN TRUST**, whose address is **60 LIVINGSTON AVENUE, EP-MN-WS3D, ST. PAUL, MN 55107; PHONE#: 880-934-6802**, (ASSIGNOR), does hereby grant, assign and transfer to **MTGLQ INVESTORS, L.P.**, whose address is **2001 ROSS AVENUE SUITE 2800, DALLAS, TEXAS 75201; PHONE#: 212-902-1000**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain deed of trust, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Deed of Trust: **10/22/2007**
Original Loan Amount: **$64,000.00**
Executed by (Borrower(s)): **MARTHA NELL MODISETTE & AVAH NELL MODISETTE**
Original Trustee: **DONALD G. OGDEN**
Original Beneficiary: **CHASE BANK USA, N.A.**
Filed of Record: In Book 605, Page 205,
Document/Instrument No: N/A in the Recording District of **COVINGTON, MS**, Recorded on **11/1/2007**.

Property more commonly described as: **307 YAWN STREET, COLLINS, MISSISSIPPI 39428**

421

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: **AUG 1 7 2018**

U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF GSMS LOAN TRUST, BY MTGLQ INVESTORS, L.P., ITS ATTORNEY-IN-FACT

By: DAVE SLEAR
Title: VICE PRESIDENT

Witness Name: Danielle Ellingson

---

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

---

State of **TEXAS**
County of **DALLAS**

On **AUG 1 7 2018**, before me, **JENNIFER LYNNE CARY**, a Notary Public, personally appeared **DAVE SLEAR, VICE PRESIDENT of/for MTGLQ INVESTORS, L.P., AS ATTORNEY-IN-FACT FOR U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF GSMS LOAN TRUST**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **TEXAS** that the foregoing paragraph is true and correct. I further certify DAVE SLEAR, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

(Notary Name): **JENNIFER LYNNE CARY**
My commission expires: **NOV 2 0 2018**

JENNIFER LYNNE CARY
Notary Public, State of Texas
Comm. Expires 11-20-2018
Notary ID 130032409

422

Prepared By and Return To:
Kathleen Collins
Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650



STATE OF MISSISSIPPI
COUNTY OF COVINGTON
I certify that this instrument was filed for record at 9:48 A.M.
on the 4 day of Mar, 20 19,
at my office in Collins, Mississippi, and was recorded in
Book 760 Page 422
Joseph L. Warren, Chancery Clerk
BY B Batts D.C.

_____ Space above for Recorder's use _____

Loan No. [redacted]

2nd

## ASSIGNMENT OF DEED OF TRUST

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **MTGLQ INVESTORS, L.P.**, whose address is **2001 ROSS AVENUE SUITE 2800, DALLAS, TEXAS 75201, PHONE#:212-902-1000**, (ASSIGNOR), does hereby grant, assign and transfer to **U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES III TRUST**, whose address is **7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251, PHONE# 602-802-8305**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain deed of trust, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Deed of Trust: 10/22/2007
Original Loan Amount: $64,000.00
Executed by (Borrower(s)): **MARTHA NELL MODISETTE & AVAH NELL MODISETTE**
Original Trustee: **DONALD G. OGDEN**
Original Beneficiary: **CHASE BANK USA, N.A.**
Filed of Record: In Book 605, Page 205,
Document/Instrument No: N/A in the Recording District of **COVINGTON, MS**, Recorded on 11/1/2007.

Property more commonly described as: **307 YAWN STREET, COLLINS, MISSISSIPPI 39428**

423

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: **OCT 0 9 2018**

MTGLQ INVESTORS, L.P.

By: **BETSY HANSON**
Title: **VICE PRESIDENT**

Witness Name: _Lance Conkerton_

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of **TEXAS**
County of **DALLAS**

On **OCT 0 9 2018**, before me, _Danielle Bolin_, a Notary Public, personally appeared **BETSY HANSON, VICE PRESIDENT** of/for **MTGLQ INVESTORS, L.P.**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **TEXAS** that the foregoing paragraph is true and correct. I further certify BETSY HANSON, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

_Danielle Bolin_

(Notary Name): _Danielle Bolin_
My commission expires: **NOV 1 1 2019**

DANIELLE BOLIN
Notary Public, State of Texas
Comm. Expires 11-11-2019
Notary ID 130437026

424

Prepared By and Return To:
Kathleen Collins
Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

STATE OF MISSISSIPPI
COUNTY OF COVINGTON
I certify that this instrument was filed for record at 10:00 A.M.
on the 4 day of Mar, 20 19,
at my office in Collins, Mississippi, and was recorded in
Book 760 Page 424
Joseph L. Warren, Chancery Clerk
BY MBatto D.C.

Space above for Recorder's use

Loan No:

3rd

## ASSIGNMENT OF DEED OF TRUST

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE CHALET SERIES III TRUST**, whose address is **7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251**, Phone#: **602-802-8305**, (ASSIGNOR), does hereby grant, assign and transfer to **US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES III TRUST**, whose address is **7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251**, Phone#: **602-802-8305**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain deed of trust, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Deed of Trust: **10/22/2007**
Original Loan Amount: **$64,000.00**
Executed by (Borrower(s)): **MARTHA NELL MODISETTE & AVAH NELL MODISETTE**
Original Trustee: **MR. DONALD G. OGDEN C/O FIRST AM TITLE INS CO.**
Original Beneficiary: **CHASE BANK USA, N.A.**
Filed of Record: In Book **605**, Page **205**,
Document/Instrument No: N/A in the Recording District of **COVINGTON, MS**, Recorded on **11/1/2007**.

Property more commonly described as: **307 YAWN ST, COLLINS, MISSISSIPPI 39428**

425

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: **FEB 0 7 2019**

**US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE CHALET SERIES III TRUST, BY MERIDIAN ASSET SERVICES, LLC, ITS ATTORNEY-IN-FACT**

By: *[signature]*
**AMANDA K. HODGES**
Title: **VICE PRESIDENT**

Witness: *[signature]*
Witness Name: **ALBERT REED**

---

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

---

State of **FLORIDA**
County of **PINELLAS**

On **FEB 0 7 2019**, before me, **KIMBERLY JEAN LITCHFIELD**, a Notary Public, personally appeared **AMANDA K. HODGES, VICE PRESIDENT of/for MERIDIAN ASSET SERVICES, LLC, AS ATTORNEY-IN-FACT FOR US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE CHALET SERIES III TRUST**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **FLORIDA** that the foregoing paragraph is true and correct. I further certify AMANDA K. HODGES, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

*[signature]*
(Notary Name): **KIMBERLY JEAN LITCHFIELD**
My commission expires: **1/21/2022**

KIMBERLY JEAN LITCHFIELD
Commission # GG 177060
Expires January 21, 2022
Bonded Thru Budget Notary Services